UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUNIERKY BURGOS BONACHEA, | No. 1:26-cv-03961-DJC-AC |
| Petitioner, | |
| v. | ORDER |
| MINGA WOFFORD, et al., | |
| Respondents. | |

On May 26, 2026, Petitioner filed a Petition for Writ of Habeas Corpus (ECF No. 1) and a Motion for Temporary Restraining Order seeking release from the custody of United States Immigration and Customs Enforcement.  The Court initially ordered briefing on the basis that relief seemed likely based on the information in the Petition and Motion. (ECF No. 6.)  However, with subsequent briefing, it became apparent that Petitioner had previously been granted habeas relief by United States District Court for the Middle District of Florida.  Specifically, Respondents were ordered to provide Petitioner with a bond hearing.  At the bond hearing Petitioner received, he was ordered released on $20,000.00 bond.  (ECF No. 9-4.)

Based on the argument raised in Petitioner's Reply that this order had been automatically stayed by the Government, the Court ordered a Surreply.  The Government has clarified that while both the Government and Petitioner did reserve

their right to appeal, the Government did not file a Form E-43 within twenty-four hours, which is necessary for an automatic stay to be imposed.  (ECF No. 12 at 5.) Thus, Petitioner's release on bond has not been stayed and that order is still valid. This renders Petitioner's present Petition is moot.

Petitioner argues that a live case or controversy remains as Petitioner remains in custody.  But Petitioner sought relief before the District Court for the Middle District of Florida which was granted in the form of a bond hearing where an IJ ordered him released on bond.  While, Petitioner may have had a valid claim on due process grounds prior to Petitioner's receipt of the bond hearing, Petitioner has not identified any ongoing Constitutional violation.  Petitioner's claims are thus moot.

Accordingly, the Petition for Writ of Habeas Corpus (ECF No. 1) is DENIED.  The Clerk of the Court is directed to close this case.  This Order resolves all pending motions.

IT IS SO ORDERED.

Dated:   **July 9, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2